UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALAN GIES,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:15-cv-00922- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On December 14, 2015, the parties filed a stipulation for an extension of time for Plaintiff to serve his confidential letter brief. (Doc. 11) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by the parties. Accordingly, **IT IS HEREBY ORDERED**:

    1.     Plaintiff's request for an extension of time is **GRANTED**; and

    2.     Plaintiff **SHALL** file serve his confidential letter brief on or before **January 13, 2016**.

IT IS SO ORDERED.

    Dated:   **December 17, 2015**              **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE