# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALAN GIES,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-00922 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 21, 2016 |

On March 21, 2016, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to prosecute and failure to comply with the Court's order, or in the alternative to file his opening brief in the action. (Doc. 15) On April 4, 2016, Plaintiff filed his opening brief in compliance with the Court's order. (Doc. 16) Accordingly, the Order to Show Cause dated March 21, 2016 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

    Dated:   **April 5, 2016**                           **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE